IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No.: 7:11-cv-0166-H

| | |
|---|---|
| A.C. HALL COMPANY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| STURZENBECKER CONSTRUCTION CO., INC., | ) |
| | ) |
| Defendant. | ) |

ORDER

It appearing to the court that this action was resolved by the parties at mediation and that the action has been completely resolved, the action is hereby dismissed with prejudice. The parties shall bear their own costs.

This 29th day of May, 2014.

_____
The Honorable Malcolm J. Howard
Senior District Court Judge